**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Kwan Og You, Sung Joon Ahn and Young Hee Yang | ) ) ) | |
| | ) | Case No. 16-cv-10293 |
| Plaintiffs, | ) | |
| v. | ) | Judge John Robert Blakey |
| Wild Symphony, LLC dba Fish On Fire, | ) | |
| Byung J. Sung and Francisca J. Jung | ) | Magistrate Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

WHEREAS, the parties to the above-captioned matter have reached a full and complete agreement resolving the above-captioned dispute in its entirety, the parties, by their respective counsel, hereby stipulate to the dismissal of the above-captioned matter on its merits, without prejudice, and without costs to either side.


Dated: August 28, 2017

 /s/ Ryan Kim                              /s/ Peter Lee (with permission)

Ryan J. Kim                           Peter Lee
Inseed Law PC                         5757 N. Lincoln Avenue, Suite 20
2454 E. Dempster, Suite 301           Chicago, IL 60659
Des Plaines, Illinois 60016           Attorney for Defendants
Attorney for Plaintiffs

1